JAMES A. SMITH · and RAYMOND I. SURESKY, Appellants, v. MARY J. O'HEHIR and PATRICK P. O'HEHIR, Respondents.— Order unanimously

affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Kelly, JJ.